JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **DELIA GAMBINO,**<br>　　　　　Plaintiff,<br>　v.<br>Metropolitan Life Insurance Company,<br>　　　　　Defendant. | No. LA CV 18-07389-VBF-JPRx<br>**ORDER**<br>Dismissing Action with Prejudice and Terminating the Case (JS-6) |

　　Per the joint stipulation filed earlier today (CM/ECF Document 34), this action is dismissed <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a).

　　Each party will bear his or her own litigation costs and attorneys' fees.

　　The case is TERMINATED (JS-6).

　　IT IS SO ORDERED.

Dated: March 2, 2020

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge